IN THE UNITED STATES DISTRICT COURT
FOR THE ~~District~~ DISTRICT OF NEW YORK
Southern

| | |
|---|---|
| Katheline Pierre, Petitioner | **Complaint for Violation of Civil Rights** |
| | (Non-Prisoner Complaint) |
| *(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial:  ☐ Yes  ☐ No <br> *(check one)* |
| **-against-** | |
| United States <br> Federal Agency of Deposit Insurance Corporation | |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | |

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Katheline M. Pierre |
| Street Address | PO BOX 7942 |
| City and County | New York, New York County |
| State and Zip Code | New York, 10116 |
| Telephone Number | 347-762-5736 |
| E-mail Address | katheline@piottokpatia.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States |
| Job or Title (if known) | Federal Deposit Insurance Corporation Legal Division Division of Depositor and Consumer Protection |
| Street Address | 3501 Fairfax Drive, Room VS-E-6097 |
| City and County | Arlington |
| State and Zip Code | Virginia 22226 |
| Telephone Number | 877-ASKFDIC (877-275-3342) |
| E-mail Address (if known) | OCMgmtGrp@fdic.gov |

Defendant No. 2

Name                          _____

Job or Title                  _____
(if known)

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____
(if known)


Defendant No. 3

Name                          _____

Job or Title                  _____
(if known)

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____
(if known)


Defendant No. 4

Name                          _____

Job or Title                  _____
(if known)

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____
(if known)

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☒     State or local officials (a § 1983 claim)

☐     Federal officials (a *Bivens* claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants provided the applicant has the capacity to enter into a binding contract in good faith excercised any right under the Consumer Credit Protection Act.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Federal Officials owe a nondiscretionary duty to plaintiff, wherein, beyond the powers intra vires of BSA whereas the federal district courts may issue mandamus relief wherefore plaintiff motions to compel state, local, and federal officials in good faith moving for summary judgement as it pertains to strict liability and legal tender owed to my person from multiple banking and credit card unions.

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

there is no other remedy in court wherein, defendant(s) are strictly liable for the defects of consumer credit products, and, or, legal tender, regulated by its governing body of state and local officials, wherefore, the plaintiff has suffered multiple no fault personal injuries.

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Recipient Branch, Local Branch, Online, and unknown locations of the following creditors:

NACHA, TD Bank, FEDLOAN SERVICING, Bank of America, Chase Bank, Citibank,  Chexsystems

CRA,  Amazon, Seedfi, Suntrust, MVB bank, IST PMF CHIME FINANCIAL, RIDGEWOOD SAVINGS BANK

B.    What date and approximate time did the events giving rise to your claim(s) occur?

view attached creditor complaint trouble report

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Each year I have to file a dozen complaints with the FDIC in regards to missing monies that have

erroneous and pecuniary liability claims jus naturale and jurisprudence. Whereas, extenuating circumstances

mail theft, missing ACH/Fedwire components, reprisal, and discrimination beyond individual financial capacity

of plaintiff arising out of BSA, ECOA, CCPA, dating back to 02/16/2018 up until 10/10/2022. I was personally

injured by a BRINKS truck on October 20th, 2022 and have suffered multiple injuries to the neck, back, legs

and torso without monetary compensation. I,the plaintiff, Katheline Pierre, have had to argue for quality of life

after applying and being approved for a few cards and accounts without defendant(s) issuing per capita legal

tender that I have earned to date. I, the plaintiff, have had to complain about the loss of  legal tender

"res ipsa loquitur," I, the plaintiff, have been unable to retire under Title I and/or receive any monetary

temporarily

 compensation for injuries caused by no fault of my person including identity theft , personal injury,

buyers damages, and "res ipsa loquitur," Please view the attached client file and creditor complaint list.

**IV.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No fault personal injury resulting from hit and run by BRINKS truck driver on 10/10/2020 as follows:

dull, aching and spastic pain in the neck on the left side, dull, aching and spastic pain in the mid

back bilaterally,dull, aching and spastic pain in both shoulders, sharp and aching pain in the

bilateral knee, The patient's spine, extremities, gait, etc., were thoroughly inspected visually

anomalies which included cervical hypolordosis, walking in a stiff/guarded manner, rounded

shoulders and lumbar hyperlordosis by Dr. Theodore Xenos, D.C. Additional Injuries occurred

on, and after March 26, 2021 whereas, plaintiff was hit in the head by a defective garage door

malfunctioned as follows:  muscular spasm, initial fall encounter, contussion, and scoliosis, by

CITY MD, NYP, GOTHAM HEALTH, and Dr. Theodore Xenos, D.C.

**V.     Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Money damages, actual damages and compensatory damages to place the plaintiff in the same position

monetarily prior to injury in fact. Actual damages have been established through forensics, personal injury findings,

medical history. Actual Damages have also been established through quality of life department findings, buyer's damages,

FDIC, BBB, & CFPB complaints, multiple disputed CRA reports, multiple police reports, identity theft, and "res ipsa loquitur"

Actual Damages: $1,074.003.30 sum of missing monies annexed in attachment under creditor complaints

$75,000 quality of life complaint regarding business, hobbies, spending, travel, and accomodations.

Punative Damages: $5,000,000 impounded as needed for mandamus relief on the basis of injury in fact

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ____October 11____, 20<u>22</u>.

Signature of Plaintiff   /s/ *Katheline Pierre* _____

Printed Name of Plaintiff   Katheline M. Pierre _____

| Creditor | Type of Credit | Bank or Creditor | Amount | Date of Incident | Liability |
|---|---|---|---|---|---|
| NACHA | ACH/Fedwire | recipient branch | 30,000 | 1-Jun-22 | missing auto-respondent component |
| TD Bank | credit card | unknown | 1000 | 24-Aug-22 | never received card in the mail after approval and application processing |
| FEDLOAN SERVICING | student loan | recipient branch | 80,000 | 22-Feb-22 | pecuniary; student loan payment went missing, possible auto respondent component error |
| Bank of America | checking | local branch | 0 | 15-Sep-22 | three hour wait but surely another missing authentication component as present when banking with TD branch |
| Chase Bank | credit card | retail | 1,500 | 21-Feb-18 | disputed account resurfaces once a year after payment was provided in cash; defective card |
| Citibank | checking | local branch | 5046 | 16-Feb-18 | pecuniary monies settled account without legal tender being issued,defective product |
| Chexsystems | Consumer | individual | 0 | 21-Mar-22 | no monies owed, Tier credit 900 |
| CRA | Consumer | individual/trade | 0 | 10-Oct-22 | multiple disputes, payment history and credit worthiness, 850, recently frozen without consumer permission |
| Amazon | Commercial | unknown | 25000 | 15-Sep-22 | multiple disputes, no product gets shipped, erroneous, missing component |
| Seedfi | secured loan | unknown | 1750.52 | 14-Jul-22 | pecuniary, missing ACH bank transfer to internal account at MVB bank |
| Suntrust | HELOC | recipient branch | 50,000 | 15-Jul-22 | pecuniary, missing Home Equity loan upon it posting to my checking account at MVB bank |

| Name of Creditor | Amount Owed | Date of Loss | | FDIC Case Number |
|---|---|---|---|---|
| credit karma | $ 1,750.52 | | 14-Jul-22 | Case #05382711 [ ref:_00D1UrAl3._5004Q2cYzsj:ref ] |
| CHIME FINANCIAl | $ 12,519.78 | | 22-Jul-22 | FDIC – Reference Number: 01294932 |
| CHIME FINANCIAL O | $ 305,011.00 | | 25-Sep-21 | Case # 01294932 |
| | | | | FDIC Deposit Insurance Coverage Response to Case No. 01419658 |
| rsb | $ 100,000.00 | | 5/10/2022 | |

# ARCH FORENSICS, LLC™

100 Church Street, PO Box # 717, Alpine, New Jersey 07620

(866) 234-5040

http://www.archforensics.com

info@archforensics.com

Instructions: complete the first 3 sentences, date & sign the bottom (for electronic signatures, place "/" around your name, like "/Pat Smith, Esq./", **print as PDF** and email or mail this to Arch Forensics, LLC.

## RETAINER AGREEMENT AUTHORIZING EXPERT SERVICES

**Case Matter:** Kathlien Pierre , who was involved in a hit in head with garage door type of incident on March 6 , 20 21 , at approximately : ☐ AM ☐ PM , at Avalon Riverview,

2-01 50th Avenue, Long Island City, NY 11101 .

**Submit Final Report by:** June 15,2021 , 20 **Discovery-Ends:** , 20

THIS AGREEMENT, dated June 9 , 20 21 , is made BETWEEN the Client, Broderick , Esq. whose address is

65 Route 4 East, 1st Floor, River Edge, NJ 07661

AND the Expert, Arch Forensics, LLC, whose address is 100 Church Street, PO Box # 717, Alpine, New Jersey 07620, referred to as the "Expert."

1. Your client has been injured and/or suffered damages as a result of the above referenced incident.

2. You are requesting to retain the services of the above referenced Expert to do all work necessary in order to investigate, evaluate, and document the causation of your client's incident. In this case, the work necessary is to review the basic data, inspect the incident location, author a forensics report utilizing engineering skills, document the causation of your client's incident, and potentially testify at deposition and/or trial.

3. **Expert's Services.** The expert will perform the above referenced services.

4. **For Services Rendered.** The Client will pay fee for services rendered as set forth below:

Client will pay to the Expert a Retainer of **$ 800** to be billed at a rate of $ 180 per hour for non-testimony hours and $ 210 per hour for testimony hours (deposition, trial, arbitration, and/or court appearance) for Vivian B. Goldblatt, Engineer. For Deposition/s, the Client shall tender to the Expert a non-refundable retainer fee in the total amount of **$ 630** one week in advance. For Trial/s, Arbitration/s and Court Appearance/s, the Client shall tender to the Expert a non-refundable retainer fee in the total amount of **$ 840** two weeks in advance. If these services are completed and any portion of the Retainer has not been expended in fees for services rendered, that portion of the Retainer will be returned to the Client. If the deposited Retainer has been expended prior to the completion of the matter, the Client will deposit an additional deposit with the Expert. In the event that a payment is overdue by more

ARCH **ARCH FORENSICS, LLC™**

than 30 days, Client agrees to pay an interest rate of 3%.

The amount of said Retainer to be determined by the Expert's estimate of additional time necessary in order to complete the services required.

5. **Costs and Expenses.** The Client will pay cost and expenses as incurred. These are separate and apart from the Expert's fee for services rendered. Client may be required to pay these costs and expenses either in advance or as incurred, may be required to reimburse the Expert payment of the costs and expenses that are made for the Client.

6. **Legal Representation.** If the Client retains the services of an attorney to represent them in this matter, the Client agrees to require the attorney to provide written acknowledgment that the attorney and the Client are required to assure that the Expert's services will be paid in full prior to disbursement of any monetary proceeds from the matter to the Client.

7. **Guarantee.** The Client acknowledges that no one can guarantee the outcome of this matter.

8. **Liability.** The Client agrees that the liability will be limited to twice the total fee charged for all services rendered.

9. **Cooperation.** The Client agrees to cooperate fully with the Expert in this matter.

10. The Client and Expert have read this Agreement and understand it fully and agree to its items. The Expert has answered all questions and fully explained this Agreement to the Client.

**Applicable Law**

This contract shall be governed by the laws of the municipality, state and country in which the case matter occurred.

Dated: 6/9/2021          By: *Brandon Broderick/rb*
                                        (Client)

Dated: _____    By: _____
                                        (Vivian B. Goldblatt, Member, on behalf of
                                        Arch Forensics, LLC)

Note: Fee Schedule is attached.

Make all checks payable to Arch Forensics, LLC™
or pay online at www.archforensics.com/paypal.html
Financing available through PayPal

**THANK YOU FOR YOUR BUSINESS!**

**TXO Chiropractic**
**25-15 Crescent St**
**Astoria, NY 11102**
**T : 3472721520**
**F : 7184259936**

Re:  Ms. Katheline Pierre

Date of Accident:  October 20, 2020

To Whom It May Concern:

On October 27, 2020, Ms. Katheline Pierre presented for an initial examination and evaluation of her complaints arising from a motor vehicle accident in which she was involved on October 20, 2020.

In order to describe the injuries sustained in the accident of October 20, 2020, the following report contains the subjective and objective findings of our evaluation of Ms. Pierre, which was performed on October 27, 2020.

  Ms. Pierre stated that she utilized public transportation to arrive to her appointment today.

**INJURY DESCRIPTION:**
Ms. Pierre reported, "While walking a Brink Armored truck back up into my causing me to fall 3 feet forward injuring my head neck back and feet. I was in and out for almost a half hour."

**SUBJECTIVE CHIEF COMPLAINTS (CC):**
An assessment of Ms. Pierre's current signs and symptoms was performed today:
Her first symptom is dull and throbbing bilateral temporal headaches.  It occurs between three fourths and all of her awake time, and *precludes carrying out* activities of daily living.  Ms.Pierre also reported dizziness and loss of balance sensations.

Ms. Pierre's second stated symptom is dull, aching and spastic pain in the neck on the left side. She stated that this symptom radiates into both hands.  It occurs between three fourths and all of her awake time, and *precludes carrying out* activities of daily living.  It is aggravated by standing, sitting and by lifting.

She stated her third symptom is dull, aching and spastic pain in the mid back bilaterally.  It occurs between three fourths and all of her awake time, and *precludes carrying out* activities of daily living.  It is aggravated by standing, sitting and by lifting.

Her next symptom is dull, aching and spastic pain in the low back bilaterally.  This symptom radiates into the right hip, the right leg and the right foot.  It occurs between three fourths and all of her awake time, and *precludes carrying out* activities of daily living.  It is aggravated by standing, sitting and by lifting.

She stated her next symptom is dull, aching and spastic pain in both shoulders.  It occurs between three fourths and all of her awake time, and *precludes carrying out* activities of daily living.  It is aggravated by lifting.

**Intervertebral Disc Syndromes:**

**Kemp's Test**, which is used to confirm facet syndrome, fracture or disc involvement, was positive bilaterally.  This test can be done with the patient standing or sitting.  While stabilizing the pelvis, the patient's shoulder is firmly forced obliquely backward, downward and medialward. The idea is to put the lower spine on the opposite side to the one being tested, into a combined position of rotation, lateral bending, and extension.  The test is considered positive when low back pain radiates into the lower extremity.

**Milgram's Test**, which usually confirms pathology either inside or outside the spinal cord sheath, such as a herniated disc, was positive.  This test is performed with the patient supine while both limbs are held straight out with the heels two to three inches from the table for at least 30 seconds.  This test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain.

**ASSESSMENT/CURRENT TREATMENT:**
**DIAGNOSIS:**
It is expected that Ms. Pierre will experience favorable results from her treatments.Currently, Ms. Pierre is totally disabled and cannot perform any normal work functions.  Although this should be a temporary condition, I do not anticipate she will be able to return to normal work functions until at least November 27, 2020.

| | |
|---|---|
| 850.11 | Concussion with brief loss of consciousness S06.0X1A |
| 723.4 | Cervical radiculopathy or radiculitis M54.12 |
| 847.0 | Neck sprain/strain (Hyperextension-hyperflexion injury to the cervical spine, accompanied by the usual sequela of inflammatory reaction to paravertebral soft tissues.) S13.4XXA/S16.1XXA |
| 839.1 | Multiple Vertebral subluxation complex - Cervical Spine M99.01 |
| 845.0 | Ankle sprain/strain |
| 726.32 | Tennis Elbow |
| 719.4 | Joint pain |
| 844.8 | Knee and leg sprain/strain |
| 724.4 | Lumbosacral radiculopathy or radiculitis M54.16 |
| 719.48 | Sacro-iliac joint pain, traumatic or insidious S33.6XXA |
| 847.2 | Lumbar sprain/strain S33.5XXA/S39.012A |
| 839.3 | Multiple Vertebral subluxation complex - Lumbo-sacral Spine M99.03 |
| 840.8 | Shoulder and upper arm sprain/strain |
| 847.1 | Thoracic sprain/strain S23.3XXA |
| 839.2 | Multiple Vertebral subluxation complex - Thoracic Spine M99.02 |

**TREATMENT:**

**Today's Modalities & Procedures:**  Following were the modalities used today:  Initial examination (99203), hot packs (97010), and Manipulation of 3-4 areas of the spine (98941).

Treatment was administered to Katheline's cervical spine today.

Treatment was administered to Katheline's thoraco-lumbar spine today.  Today's treatment was indeed well received by the patient, but complicated due to inflamed tissues with resulting soreness.  Cryotherapy was advised.

The above was for the purpose of decreasing pain, decreasing spasms, increasing range of motion, increasing the ability to perform normal activities of daily living, increasing strength, returning the patient to her pre-injury status and increasing function.

**PROGNOSIS:**  Prognosis is guarded at this time since the patient is to enter an active chiropractic rehab program and results are yet to be determined.

**FUTURE CARE PLAN:**
**Goals of Treatment Plan:**  Our goals for the above proposed treatment plan are decreasing pain, decreasing spasms, increasing range of motion, increasing the ability to perform normal activities of daily living, increasing strength, returning the patient to her pre-injury status and increasing function.  We hope to reduce the re-current subluxation complexes that persist and create her spinal dysfunctions.Long term goals of our current treatment plan include the reduced usage of OTC/prescription medications as well as  an increase in up to 5-10 repetitions of therapeutic exercise/neuromuscular education and an increase in 2-5 minutes of spinal endurance exercises (recumbent bike/ergometer) by the next examination.

**CLOSING COMMENTS:**
In my opinion, the incident that the patient described is the competent cause of the reported injuries which are also consistent with the history of the injury and objective findings on exam and pertinent diagnostic testing.  Katheline  Pierre understands and has consented for the medically necessary care as outlined in this report.  Medicare defines "medical necessity" as services or items reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.

The preceding report was digitally signed by Dr. Theodore Xenos, D.C. Upon HIPAA compliant request, these notes may be reproduced with manual signature for further certification with applicable fees for reproduction.  I, Theodore Xenos, D.C., being duly licensed to practice chiropractic in the state of New York, hereby affirm under the penalty of perjury, that the statements contained herein are true and accurate.

# BRANDON J. BRODERICK
## ATTORNEY AT LAW
A Limited Liability Company

www.brandonjbroderick.com

Brandon J. Broderick +
Ryan R. Broderick +°
Kevin E. Kruse, MBA +^
Marc S. Borden +^
Darren L. Goldberger +
Eric J. Plantier +^
Ahmad Desoky +
Greg Shaffer +^*
Bianca N. Cuellar +^
Raymond S. Carroll +^
William Jeffrey Scherman +
Anthony J. Vindigni +^
Brian W. Banasiak +
Paul Romano +
Marc W. Garbar+^
Paul Krauss+
Robert J. Johnson†
Dhruv K. Patel+
Kenneth W. Thayer+
Charles H. Lynch+
Jason A. Richman^

*All correspondence to River Edge office*
*65 E. Route 4, River Edge, NJ 07661*
*Taniqua Williams (Pre-lit Paralegal)*
*Telephone # (201) 702-8844*
*Fax #: (201) 365-5302*
*Email: taniqua@201injury.com*

*Certified by the Supreme Court
of NJ as a Civil Trial Attorney

+ NJ Bar
^ NY Bar
† FL Bar
° CT Bar

May 3, 2021

Avalonbay Communities, Inc.
517 Route 1 South, Suite 5500
Iselin, NJ 08830

Avalon Riverview
2-01 50th Avenue
Long Island City, NY 11101

|     |                 |                             |
|-----|-----------------|-----------------------------|
| Re: | Accident Date:  | 3/26/2021                   |
|     | My Client:      | Kathlien Pierre              |
|     | Location:       | 2-01 50TH AVENUE, LIC, NY 11101 |

Dear Sir/Madam:

This office represents Kathlien Pierre, for injuries sustained as a result of an accident that occurred on or about March 26, 2021; when Ms. Pierre was hit in the head/face by garage door at the above location.

**As a result, we are requesting the garage door be preserved in it's present condition.** Please be advised that this correspondence serves as a demand that you preserve the garage door in its present condition, and refrain from destroying, repairing, cleaning, or otherwise altering/modifying in any way, the subject elevator, or any other electronic data relative to the incident of March 26, 2021. **Alternatively, prior to changing the condition, you must immediately provide us with a date to have the garage door examined by an expert. Failure to**

65 STATE ROUTE 4 EAST
RIVER EDGE, NJ 07661
PHONE: 201-853-1505
FAX: 201-489-0878

800 THIRD AVENUE, 28TH FLOOR
NEW YORK, NY 10022
PHONE: 212-600-9536
FAX: 212-621-6186

850 BEAR TAVERN ROAD, SUITE 106
EWING, NJ 08628
PHONE: 609-803-3333
FAX: 201-489-0878

comply  ith this request  ill be deemed  rongful.

As a result, we are requesting any and all surveillance video, photographs, incident reports etc. of this accident.

Please  e advised that this correspondence serves as a demand that you preserve in its present condition, and refrain from destroying, repairing, cleaning, or otherwise altering/modifying in any way, any videotape, paper or electronic files, videos and other data generated  y and/or stored on your client s computers and storage media (e.g., hard disks, floppy disks,  ackup tapes, Zip cartridges,  Ds, DVDs, etc.), or any other electronic data regarding the accident of March 26, 2021.

Pursuant to this demand, I here  y inform all parties of their legal o  ligations under New Jersey law with respect to negligent or intentional acts of spoliation of evidence.  Spoliation is the negligent or intentional concealment of evidence or other wrongful acts that would threaten my client s a  ility to pursue his legal rights in this matter.

### Spoliation of Evidence

Failure to prevent spoliation of evidence can result in severe sanctions  eing imposed  y the  ourt. Furthermore, your o  ligations to preserve documents and things for discovery in this case arise in law and equity independent of any Order of court or notice from our office.  Nonetheless, prior to the entry of a preservation order in this litigation, please let this letter serve as notice not to destroy, conceal or alter any paper or electronic files and other data generated  y and/or stored on your client s computers and storage media (e.g., hard disks, floppy disks,  ackup tapes), or any other electronic data, such as surveillance or voice mail, that may  e construed in any manner as potentially discovera  le information in this litigation.

### (A) AS TO THE P ESE VATION OF VIDEOS, SU VEILLAN E MATE IALS, OUT-TAKES, PHOTOG APHS, IN IDENT EPO TS, ET OF GA AGE DOO

In accordance with the a  ove request for the avoidance of spoliation of any evidence please  e further guided  y the following specific request for preservation.

a.  All photographs, slides, videotapes, or audiotapes, transcripts, or memoranda thereof, and/or motion pictures, surveillance photographs/motion pictures, out-takes, tape recording, movies, visual, optical and/or audio and/or magnetic reproductions of descriptions of plaintiff purporting to depict the plaintiff, plaintiff s activities, actions, speech, etc.

. All photographs of the scene of the underlying occurrence;

c. The time records, records of amount of footage of film or videotape used; the type of equipment used to take, develop, and convert such film or videotape; the make and model of all equipment, lenses and range settings employed  y defendant(s) and/or defendant ( s) photographers, investigators, and/or other used or associated in conjunction with the surveillance, tape recordings, etc., of the injured plaintiff and all memoranda pertaining thereto.

**NOTE:** If the defendant(s) fails to preserve and/or otherwise disclose such surveillance materials (using the words generically), then plaintiff may:

(1)   Move at the trial to exclude all such surveillance and its  y-products; and/or

(2)   Move to exclude/suppress all of plaintiff's deposition testimony relating to the improperly
        Suppressed/undisclosed pre-deposition surveillance materials and its progeny; and/or

(3)   Seek other appropriate and equitable relief by reason of defendant ('s) non-compliance.

        Please be guided accordingly.

                                        Very truly yours,

                                        *Brandon J. Broderick*
                                        _____
                                        Brandon J. Broderick, Esq.

BJB/tw



SUNY Downstate Medical Center
450 Clarkson Avenue
Brooklyn, NY 11203
718 270-1000

Patient Name: **KATHELINE PIERRE**

Visit Date: 06/14/2021 17:38

### General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care. It is important that you follow up with a doctor, nurse practitioner, or physician's assistant for ongoing care. If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health care provider, you should return to the Emergency Department. We are available 24 hours a day.

**You were treated at SUNY Downstate Medical Center by:**
Kwak, Esther (MD Attending)

**Your ED Clinical Impression:**
GERD (gastroesophageal reflux disease)

**What To Do:**

- Review and follow all instructions on this sheet.
- Take this sheet with you when you go to your follow-up visit.
- Take all medications as directed.
- For follow up visits YOU OR YOUR REGULAR DOCTOR must call to schedule the visit. The ED will not schedule these for you.
- RRETURN TO THE EMERGENCY DEPARTMENT IMMEDIATELY IF YOUR CONDITION WORSENS.
- If at any time you believe you are experiencing a medical emergency, call your local emergency service (911) immediately. Never attempt to drive yourself to the hospital, and do not wait to for your symptoms to resolve.

Page 1 of 5
Printed On: 06-14-2021 19:42

**Requested By:** Kwak, Esther (MD Attending)
**Requestor Location:** ER Fast Track

# General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care. It is important that you follow up with a doctor, nurse practitioner, or physician's assistant for ongoing care. If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health care provider, you should return to the Emergency Department. We are available 24 hours a day.

**You were treated at SUNY Downstate Medical Center by:**
Kwak, Esther (MD Attending)

## Your ED Clinical Impression:
GERD (gastroesophageal reflux disease)

## What To Do:
- Review and follow all instruction
- Take this sheet with you when y
- Take all medications as directed.
- For follow up visits YOU OR YOUR REGULAR DOCTOR must call to schedule the visit. The ED will not schedule these for you.
- RRETURN TO THE EMERGENCY DEPARTMENT IMMEDIATELY IF YOUR CONDITION WORSENS.
- If at any time you believe you are experiencing a medical emergency, call your local emergency service (911) immediately. Never attempt to drive yourself to the hospital, and do not wait to for your symptoms to resolve.

**Mount Sinai Medical, P.C.**
23-08 30th Avenue
Astoria, NY 11102

Ph: (718)726-2000

Fax: (718)728-2724

November 11, 2020

| | |
|---|---|
| **Patient**: | Pierre, Katheline |
| **Date of Exam**: | 11/11/2020 |
| **Patient ID #**: | MR030372 |
| **Date of Birth**: | 02/16/1993 |
| **Case Type**: | No fault |
| **Date of Loss**: | 10/20/2020 |
| **Referring Doctor**: | Theodore Xenos, DC |

## MRI OF THE CERVICAL SPINE

T2 FSE SAG, T1 SE SAG, 3D BASG TRS, T1 SE TRS, and T2 FSE TRS images were obtained through the cervical spine.

**Clinical History:** 27-year-old female, status post MVA, complaining of neck pain radiating to the left shoulder; rule out HNP.

There is paramagnetic artifact from nonremovable dental work somewhat limiting the sensitivity of the axial images. The exam is however felt to be diagnostic in sensitivity.

There is straightening of the lordosis consistent with muscular spasm. The vertebrae are well visualized and are unremarkable in appearance. There is multilevel interspace narrowing and dehydration.

The C2-3 interspace is unremarkable. At C3-4, there is a central disc bulge with thecal sac indentation. At C4-5, there is a central disc bulge with thecal sac indentation. At C5-6, there is a central disc herniation, effacing the anterior subarachnoid space, with thecal sac impingement. At C6-7, there is a central disc bulge with thecal sac indentation. The C7-T1 interspace is unremarkable.

The signal characteristics arising from the cervical spinal cord and cranio-cervical junction are unremarkable without evidence of tumor or syrinx.

### IMPRESSION:

1. Muscular spasm.
2. Multilevel interspace narrowing and dehydration.
3. Central disc bulge at C3-4 with thecal sac indentation.
4. Central disc bulge at C4-5 with thecal sac indentation.
5. Central disc herniation at C5-6, effacing the anterior subarachnoid space with thecal sac impingement.
6. Central disc bulge at C6-7 with thecal sac indentation.

Pierre, Katheline                    Page 2 of 2                                    11/11/2020

Thank you very much for allowing me to participate in the care of your patient.

*Daniel Schlusselberg MD*

_____
Daniel Schlusselberg, M.D.

Electronically approved and signed by Daniel Schlusselberg, MD on 11/13/2020.

**TXO Chiropractic PC**
**25-15 Crescent St**
**Astoria NY 11102**
**T : 7653609078**
**F : 7184259936**

**Rx**

Patient Name : *Matthew Piero*    Date : *11/10/2020*

Dx :

*Dr Weinstein*

*718 313 0766*

*(R) Knee Right foot*

*(B) Shoulder .*

**Theodore Xenos D.C.**
**NPI 1023343399**



# QUEENS RADIOLOGY P.C.
## TRUE OPEN MRI

23-08 30th Avenue
Astoria, NY 11102
Tel.:[718] 726.2000
Fax:[718] 728.2724

**ACR**
AMERICAN COLLEGE OF
RADIOLOGY
ACR ACCREDITED
FACILITY

PATIENT'S NAME [LAST] _Pierre_ [FIRST] _Kathlyn_

DATE _11/6/2020_  DOB _2/16/93_  AGE _____

INSURANCE _NJ IAC_  INSURANCE ID# _____

REFERRING PHYSICIAN _Dr Theodoren_  PHYSICIAN'S TEL. _____

**MRI REPORTS**
- ☐ Mail
- ☐ Fax
- ☑ Email

| APPOINTMENT: DATE: | TIME: | AUTHORIZATION # |
|---|---|---|
| TEL./CELL: | | PLEASE OBTAIN NECESSARY AUTHORIZATION TO AVOID DELAYS |

## GENERAL RADIOLOGY / XRAY

- ☐ Skull
- ☐ Orbits
- ☐ Facial Bones
- ☐ Nasal Bones
- ☐ Paranasal Sinuses
- ☐ Nasopharynx / Soft Neck Tissue
- ☐ Cervical Spine
- ☐ Thoracic Spine
- ☐ Lumbar Spine
- ☐ Sacrum / Coccyx
- ☐ SI Joints Sacrotilior
- ☐ Scapula

- ☐ Clavicle
- ☐ Chest PA / LAT
- ☐ Ribs
- ☐ Sternum
- ☐ Arm / Humeru  ☐R ☐L
- ☐ Elbow  ☐R ☐L
- ☐ Forearm  ☐R ☐L
- ☐ Wrist  ☐R ☐L
- ☐ Hand  ☐R ☐L
- ☐ Finger  ☐R ☐L
- ☐ Abdomen-KUB
- ☐ Abdomen-Flat / Upright

- ☐ Hip / Pelvis
- ☐ Femur  ☐R ☐L
- ☐ Knee / Patella  ☐R ☐L
- ☐ Tibia / Fibula  ☐R ☐L
- ☐ Ankle  ☐R ☐L
- ☐ Heel  ☐R ☐L
- ☐ Foot  ☐R ☐L
- ☐ Toe  ☐R ☐L
- ☐ Skeletal Survey
- ☐ Scoliosis Series
- ☐ Other _____

## OPEN MRI / MRA   ■ with CONTRAST

- ☐ Brain
- ☐ MRA Neck / Carotid
- ☑ Cervical Spine
- ☐ Thoracic Spine
- ☑ Lumbar Spine
- ☐ Chest
- ☐ Abdomen
- ☐ Pelvis

- ☐ Shoulder  ☐R ☐L
- ☐ Elbow  ☐R ☐L
- ☐ Wrist  ☐R ☐L
- ☐ Hand  ☐R ☐L
- ☐ Hip  ☐R ☐L
- ☐ Knee  ☐R ☐L
- ☐ Ankle  ☐R ☐L
- ☐ Foot  ☐R ☐L

- ☐ Pituary
- ☐ IACs
- ☐ Orbits
- ☐ Sinuses
- ☐ TMJ  ☐R ☐L
- ☐ Neck-Soft Tissue
- ☐ Brachial Plexus
- ☐ Other _____

## GENERAL MANDATORY INFORMATION & PRECAUTIONS CHECKLIST

☐ **MRI patients should arrive for examination wearing clothing with no metal accessories, no metal clips and no jewelry.**

| | | |
|---|---|---|
| Currently Pregnant | ☐Y ☐N | Specific clinical history is necessary for better diagnostic evaluation history: |
| Cardiac Pacemaker | ☐Y ☐N | _Pedestrian Hit by truck   Neck + Back Pain_ |
| Intracranial Aneurysm Clips | ☐Y ☐N | _into the Arms + Legs_ |
| Ear Implants | ☐Y ☐N | |
| Shrapnel [Metal in Body] | ☐Y ☐N | |
| Allergy to Contrast | ☐Y ☐N | |

**Patients should bring the appropriate documentation required to process radiographic examinations:** All Insurances - Insurance Information/Card • Commercial Insurance - Authorization number • Worker's Compensation - Doctor's Initial Report • No-Fault Insurance - Initial Report, Letter of Necessity • Medicare - PCP referral • Medicaid HMO - Authorization number



**LHR** LENOX HILL RADIOLOGY

Manhattan
Brooklyn
Queens
Bronx
Long Island

**LHR Astoria**
29-16 Astoria Blvd, Astoria, NY 11102 • P: 718-204-5800 • F: 718-721-4572

**LHR Elmhurst**
89-40 56th Ave, Elmhurst, NY 11373 • P: 718-335-5532 • F: 718-205-5988

Formerly Advanced Radiology Imaging

www.lenoxhillradiology.com

# REQUEST FOR RADIOGRAPHIC EXAMINATION

**Patient Name:** _Keithline Pierre_    **Age:** ____    **Date:** _10_/_27_/_20_

**Referring Physician:** _Theodor Xenos Dc_

**Clinical Problem/History:** _R/O Nerve Root entrapment HNP Post MVA_

**LMP:** _____

---

**MRI INFORMATION:** MRI is contraindicated in patients with Pacemakers, Ear Implants and Cerebral Aneurysm Clips.
**\*CT and IVP Information:** Contrast cannot be given to patients with prior allergy or poor renal function.    **BUN/CREAT:** _____/_____

---

## GENERAL X-RAY

☐ Plain Films (Chest, Abd, Exts, Skull, etc.):
_____

☐ Esophagram
☐ GI Series            ☐ Small Bowel Series
☐ Barium Enema     ☐ With Air
☐ Other
☐ IVP *(See \*IVP Information above)*
☐ Arthrogram of _____
☐ Hysterosalpinogram
☐ Other _____

## DIGITAL MAMMOGRAM W/CAD
*(Computer Assisted Dx)*
☐ Screening Bilateral
☐ Diagnostic Bilateral    ☐ L  ☐ R
    Indications: _____

## BONE DENSITOMETRY
☐ LS Spine/Hip        ☐ Other

## ULTRASOUND
☐ Abdomen - Complete
☐ Renal/Bladder  Indications: _____
☐ Pelvis              ☐ TV  ☐ Hysterosonogram
☐ Obstetric (TV if needed) LMP: _____
☐ Aorta
☐ Thyroid            ☐ Thyroid Biopsy
☐ Testicle with Doppler/Color
☐ Breast  Indications: _____
☐ Breast Core Biopsy    ☐ L  ☐ R
☐ Carotid with Doppler (Duplex)
☐ Lower Extremity Vascular  ☐ Arterial  ☐ Venous
☐ ECHO with Doppler
☐ Pediatric Hip  Other: _____

## CT SCAN
*(\*See CT Information above)*
☐ Without Contrast  ☐ With/Without Contrast
☐ Brain CT
☐ Sella Turcica            ☐ Paranasal Sinuses
☐ Internal Auditory Canals/Petrous Bones
☐ Orbits
☐ Abdominal CT          ☐ Pelvic CT
☐ Abdominal and Pelvic CT
☐ Chest CT                 ☐ Neck CT
☐ C-Spine                  ☐ LS-Spine
☐ T-Spine                  Level? _____
☐ Extremities
☐ Other

## MULTI-SLICE CT ANGIOGRAMS
☐ Chest CT Angiogram PE Study *(non-coronary arteries)*
☐ Neck CT Angiogram *(includes Carotids)*
☐ Abdominal/Renal CT Angiogram
☐ Lower Extimity CT Angiogram _____
☐ Head CT Angiogram *(includes Circle of Willis)*

## NUCLEAR MEDICINE
☐ Liver - Spleen        ☐ DISIDA *(Hepatobiliary)*
☐ Renal - including Blood Flow/Excretion
☐ Renal - with Captopril for renovascular hypertension
☐ Bone Scan      ☐ Testicle  ☐ Gastric Emptying
☐ Thyroid Scan + HR Uptake  ☐ Parathyroid Imaging
☐ Gallium-Total Body
☐ Liver Hemangioma

## NUCLEAR CARDIOLOGY
☐ Spect Thallium Stress Test for Myocardial Perfusion
☐ Sestamibi for Myocardial Perfusion
        ☐ With Exercise
        ☐ With Persantine
☐ EKG treadmill Stress Test *(no injection)*
☐ MUGA (Multigated Equilibrium Pool)
    for Ejection Fraction and Wall motion

## MRI
*(See \*MRI Information above)*
☐ Without Contrast  ☐ With/Without Contrast
☐ Brain
☐ Breast MR/w Gad
☐ Breast MR/for Implant Rupture
☐ MR Angio - Cerebral
☐ MR Angio - Carotid
☐ Int Aud Canals        ☐ Gad
☐ Pituitary with Gad
☐ Orbit
☐ Sinuses
☐ TM Joints
☐ C-Spine
☐ T-Spine
☐ LS-Spine
☐ Extremity _____
☐ Knee
☐ Shoulder
☐ Hip
☐ Ankle
☐ Foot  ☐ Forefoot  ☐ Midfoot  ☐ Hindfoot
☐ Wrist
☐ Neck              ☐ Gad
☐ Chest             ☐ Gad
☐ Abdomen        ☐ Gad
☐ Pelvis - Female    ☐ Gad
☐ Prostate/Male Pelvis  ☐ Gad
☐ MR Angio Leg      ☐ L  ☐ R
☐ MR Angio _____
☐ MRCP (Bile Ducts)
☐ Other _____

☐ Please send more request slips.

# AFTER VISIT SUMMARY

## ≒NewYork-Presbyterian

**Kathleen Pierre**  MRN: 1400113568          📅 10/23/2020   📍 LMH ADULT EMERGENCY 212-312-5070

## Instructions

Please return to your closest Emergency Room immediately for continuing, worsening or new symptoms, including but not limited to: chest pain, chest pressure, chest tightness, difficulty breathing, cough, coughing blood, lightheadedness, fainting, dizziness, back pain, abdominal pain, nausea, vomiting, numbness in arms, numbness in jaw, or ANY other sudden changes in your physical or medical condition.  If you are concerned at all, come back to the Emergency Room.

After your Emergency Room visit:

-Contact your primary doctor within the next 24 hours to discuss follow up in 1-2 days.   Please understand that no Emergency Room visit is complete without a follow-up visit with your primary doctor.

- If you cannot follow up with your primary care provider, call and schedule an earliest available appointment at the Cornell Internal Medicine Associates (CIMA) clinic at 212-746-2917 and 1-877-NYP-WELL.

Thank you for choosing NewYork-Presbyterian.

USE TYLENOL 650 MG EVERY 6 HOURS AND/OR IBUPROFEN 600 MG EVERY 6 HOURS AS NEEDED FOR PAIN.
TRY ICY/HOT PATCHES, OVER THE COUNTER LIDOCAINE PATCHES, ICE, AND MUSCLE EXERCISES FOR PAIN RELIEF.



### Your medications have changed

 ➲ START taking:
   **Futuro Soft Cervical Collar**
   **Review your updated medication list below.**



### Pick these up at CVS/pharmacy #11060 | 1-50 50th Ave Long Island City, NY 11101 | 718-729-3197

Futuro Soft Cervical Collar

Address:  1-50 50th Ave, Long Island City NY 11101
Phone:   718-729-3197

## Today's Visit

You were seen by Tina Mathew, MD
**Reason for Visit**
Other
**Diagnosis**
Fall, initial encounter

### 🔬 Lab Tests Completed
Human Chorionic Gonadotropin (HCG), Urine, POCT

### 📋 Imaging Tests
XR Elbow 2-View (AP, Lat) - Left
XR Knee Standard  (AP, Lat, Obl) - Right
XR Shoulder Routine (IR, ER, Y) - Left
XR Tibia + Fibula Standard (Orthogonal Views) - Right

### ⚕ Medications Given
acetaminophen (TYLENOL) Last given 10/23/2020 1:24 AM
lidocaine (LIDODERM) Last given 10/23/2020 1:25 AM

### Your End of Visit Vitals

Blood Pressure
**109/68**

BMI
**21.14**

Weight
**135 lb**

Height
**5' 7"**

Temperature (Oral)
**98.8 °F**

Pulse
**97**

Respiration
**16**

Oxygen Saturation
**97%**

Instructions (continued)

 **Schedule an appointment with LMH INTERNAL MEDICINE as soon as possible for a visit in 3 days (around 10/26/2020)**
Specialty: Internal Medicine
Contact: Weill Cornell Medical College
      Gpo Box 28375
      New York New York 10087-8375
      212-746-5000

 **Schedule an appointment with Your primary care physician as soon as possible for a visit in 3 days (around 10/26/2020)**

# What's Next
You currently have no upcoming appointments scheduled.

# You are allergic to the following
No active allergies

# NYP Virtual Urgent Care
Get a quick diagnosis and treatment plan in minutes with Virtual Urgent Care: **nyp.org/urgentcare.**

# Your Next Steps

 **Do**
- ☐ Pick these up from CVS/pharmacy #11060 | 1-50 50th Ave Long Island City, NY 11101 | 718-729-3197
  - Futuro Soft Cervical Collar

# 🦽 Care Team ↗
No active team members.

# Additional Contact Information
**General Hospital Information**
- **Weill Cornell Medical Center:** 212-746-5454
- **Lower Manhattan Hospital:** 212-312-5000

**ED Test Results/Prescription Issues (WCM):** 212-746-0595

**Medical Records Department (for copies of charts):** 212-746-0530

# Additional Contact Information (continued)

**Patient Services:**

- **Weill Cornell Medical Center:** 646-697-7283 or 212-746-2813
- **Lower Manhattan Hospital:** 212-312-5034

**Find a Physician at NYP:** 1-877-NYP-WELL

# Your Medication List


**START**

**Futuro Soft Cervical Collar** Miscellaneous          No route applicable. Indications: OTHER, lat neck pain

# Connect

View your After Visit Summary and more online at **https://www.myconnectnyc.org/MyChart/**.

**T.X.O. CHIROPRACTIC PC** (lien)

INFORMED CONSENT

I have received information about my condition and proposed Chiropractic Rehab and/or DTS spinal decompression programs well as alternative courses of treatment along with associated risks, benefits, and side effects of the treatment and consequences of not having the proposed treatment.

I understand and am informed that, as in all health care, in the practice of spinal manipulation there are some rare risks to treatment, including but not limited to muscle strains, fractures, dislocations, disc injuries, and vascular accidents.

My doctor has responded to all of my requests for information about the proposed treatment. I have read or have read to me, the above consent. I have also had the opportunity to ask questions about its content. By signing below, I consent to Chiropractic Rehab/ DTS spinal decompression.

Name _Katheline Pierre_    Signature _Katheline Pierre_

Date _10/27/2020_    Witnessed by _____

**T.X.O. CHIROPRACTIC PC** (lien)

**Patient Disclosure Consent**

The HIPAA privacy rules give individuals the right to request a restriction of uses and disclosures of their protected health information. The individual is also provided the right to request confidential communications or that communications be made via alternative means such as sending information to the individuals place of employment instead of their home.

## I WISH TO BE CONTACTED IN THE FOLLOWING MANNER  (check all that apply).

☐ Home telephone _____
       ☐ OK to leave a detailed message.
       ☐ Leave a message with a callback number only.

☐ Work telephone_____
       ☐ OK leave a detailed message.
       ☐ Leave a message with a callback number only.

☐ Beeper number_____
       ☐ Enter callback number only.
       ☐ OK to leave a voicemail with detailed information.

☒ Cell phone number _347 762 5 736_____
       ☒ OK to leave a voicemail with detailed information.

☐ Alternate telephone number_____

Contact person_____
       ☐ OK to leave a detailed message.
       ☐ Leave a message with a callback number only.

     **PRIVACY RULES REQUIRE US TO TAKE REASONABLE STEPS TO LIMIT THE USE OR DISCLOSURE OF YOUR INFORMATION TO THE MINIMUM NECESSARY TO ACCOMPLISH THE INTENDED PURPOSE. USES AND DISCLOSURES ARE PERMITTED WITHOUT PRIOR CONSENT AN EMERGENCY.  MY SIGNATURE ALSO IMPLIES I RECEIVED THE GENERAL OFFICE PRIVACY GUIDELINES.**

_Katheline Pierre_    _Katheline Pierre_    _10/27/2020_
SIGNATURE          PRINT NAME          DATE

**T.X.O. CHIROPRACTIC PC** (lien)

FINANCIAL RESPONSIBILITY FOR PATIENTS WITHOUT CONTRACTED INSURANCE
CARRIERS (OUT OF NETWORK PROVIDERS)

Dr. Xenos does not have a contract with the Medical Health Insurance Carrier that provides your
medical insurance coverage. **You are still covered for these services as outlined by your insurance
carrier.**  My office has the following policies for Out of Network patients.  Please read the following
policies carefully, as you will need to accept and agree to abide by these policies.

- Many Out of Network Medical Health Insurance Carriers mail their reimbursement payments
  directly to the patient.  If that is anticipated with your plan, I agree to endorse and mail the
  insurance check along with the explanation of benefits and any other correspondence related to
  your visits to Dr. Xenos within seven days of its receipt.

- I agree that if I refuse or fail to fulfill these above-stated agreements, I agree to pay any and all
  collections costs incurred by the office of Dr. Xenos during the process of collecting full
  payment for the services provided to me.

I agree to the above conditions and fully understand my financial responsibility for medical services
that I receive from Dr.Xenos as an out of network medical provider with my Medical Health Insurance
Carrier.

Patient's Signature: _Katheline Pierre_

Patient's Printed Name: _Katheline Pierre_

Date: _10/27/2020_

**T.X.O. CHIROPRACTIC PC** (lien)

## NOTICE OF DOCTOR'S LIEN

I do hereby authorize **TXO CHIROPRACTIC PC.** to furnish you, my attorney, with a full report of his examination, diagnosis, treatment, prognosis, etc, of myself in regard to the accident in which I was recently involved.

I hereby authorize and direct you, my attorney, to pay directly to said doctor such sums from any settlement, judgment or verdict as may be necessary to adequately protect said doctor. And I hereby further give a Lien on my case to said doctor against any and all proceeds of my settlement, judgment or verdict which may be paid to you, my attorney, or myself, as the result of the injuries for which I have been treated or injuries in connection therewith.

I agree never to rescind this document and that a recession will not be honored by my attorney. I hereby instruct that in the event another attorney is substituted in this matter, the new attorney honor this lien as inherent to the settlement and enforceable upon the case as if it were executed by him.

I fully understand that I am directly and fully responsible to said doctor for all medical bills submitted by him for service rendered to me and that this agreement is made solely for said doctor's additional protection and is consideration of his awaiting payment. And I further understand that such payment is not contingent on any settlement, judgment or verdict by which I may eventually recover said fee. Please acknowledge this letter by signing below and returning to the doctor's office. I have been advised that if my attorney does not wish to cooperate in protecting the doctor's interest, the doctor will not await payment but may declare the entire balance due and payable.

Date: _10/27/2020_    Patient's Signature: _Kathelia Pierre_

The undersigned being attorney of record for the above patient does hereby agree to observe all terms of the above and agrees to withhold such sums from any settlement, judgment or verdict, as may be necessary to adequately protect said doctor above named. Attorney further agrees that in the event this lien is litigated that the prevailing party will be awarded attorney fees and costs.

Date: _10/27/20_    Attorney's Signature: _____

(Please date, sign and return one copy to doctor's office. Keep one copy for your records)

D.O.A.: _____

NAME: _____



**Neighborhood**
R A D I O L O G Y
Services, PC

**Forest Hills:**
92-37 Metropolitan Avenue, Forest Hills, NY 11375
Fax: (718) 275-3777

**Empire:**
113-02 Queens Boulevard, Forest Hills, NY 11375
Fax: (718) 544-3123

**Astoria:**
27-47 Crescent Street, Suite 107, Astoria, NY 11102
Fax: (718) 777-0920

**Hewlett:**
227 Franklin Avenue, Hewlett, NY 11557
Fax: (516) 569-8225

**Elmont:**
545 Elmont Road, Elmont, NY 11003
Fax: (516) 328-7132

**1-800-220-2220**
www.neighborhoodrad.com

---

**Patient Name:** _Keith Ian Pierre_     **Date:** _10/27/202_     **STAT** ☐
**Phone #:** _____     **DOB:** _/ /_     CD to go w/patient
**History/Diagnosis:** _80 yo Post MVA_
**Referring Physician:** _Theodore Chao_     **Phone:** _763 360 978_     **TIN:** 473780447
**Address:** _25-8 Crew_     **Fax:** _718 428 9436_     **NPI:** 1154718757

---

## MRI    ☐ With contrast  ☐ Without contrast

**Neuro/ENT/Spine**
☐ Brain
☐ Orbits
☐ Pituitary
☐ IAC's
☐ Sinuses
☐ TMJ
☐ Soft tissue neck
☐ Cervical spine
☐ Thoracic spine
☐ Lumbar spine
☐ Brachial plexus
☐ Lumbosacral plexus

**Body**
☐ Chest
☐ Abdomen
☐ Pelvis ☐ M ☐ F
☐ Bony pelvis
☐ Prostate
☐ MRCP

**MR ANGIOGRAPHY**
☐ Brain/COW
☐ Carotid arteries
☐ Thoracic aorta
☐ Abdominal aorta
☐ Renal arteries
☐ Lower extremity

**MR VENOGRAPHY**
☐ Brain
☐ Lower extremity

**ARTHROGRAM**
|  | R | L |
|---|---|---|
| ☐ Shoulder | ☐ | ☐ |
| ☐ Hip* | ☐ | ☐ |
| ☐ Knee | ☐ | ☐ |

☐ OTHER STUDY:

**Extremity**
|  | R | L |
|---|---|---|
| ☐ Shoulder | ☐ | ☐ |
| ☐ Elbow | ☐ | ☐ |
| ☐ Wrist | ☐ | ☐ |
| ☐ Hand | ☐ | ☐ |
| ☐ Hip | ☐ | ☐ |
| ☐ Femur | ☐ | ☐ |
| ☐ Knee | ☐ | ☐ |
| ☐ Tibia/fibula | ☐ | ☐ |
| ☐ Ankle | ☐ | ☐ |
| ☐ Fore/midfoot | ☐ | ☐ |
| ☐ Mid/hindfoot | ☐ | ☐ |

## CT    ☐ With contrast  ☐ Without contrast

**Neuro/ENT/Spine**
☐ Brain
☐ Orbits
☐ Pituitary
☐ Temporal bones
☐ Sinuses
☐ Soft tissue neck
☐ Dental maxilla[1]
☐ Dental mandible[1]
☐ Cervical spine
☐ Thoracic spine
☐ Lumbar spine
☐ Sacrum/coccyx

**Body**
☐ Chest
☐ Chest high resolution
☐ Chest low dose
☐ Cardiac scoring[1]
☐ Abdomen
☐ Urogram
☐ Pelvis
☐ Bony pelvis

**CT ANGIOGRAPHY**
☐ Carotid arteries
☐ Intracranial (Head)
☐ Thoracic aorta
☐ Pulmonary artery (CTPA)
☐ Renal arteries
☐ Abdominal aorta
☐ Lower extremity

**CT VENOGRAPHY**
☐ Brain
☐ Lower extremity
☐ OTHER STUDY:

[1]Not covered by insurance

**Extremity**
|  | R | L |
|---|---|---|
| ☐ Shoulder | ☐ | ☐ |
| ☐ Elbow | ☐ | ☐ |
| ☐ Wrist | ☐ | ☐ |
| ☐ Hand | ☐ | ☐ |
| ☐ Hip | ☐ | ☐ |
| ☐ Femur | ☐ | ☐ |
| ☐ Knee | ☐ | ☐ |
| ☐ Tibia/fibula | ☐ | ☐ |
| ☐ Ankle | ☐ | ☐ |
| ☐ Foot | ☐ | ☐ |
| ☐ Scanogram | ☐ | ☐ |
| ☐ Arthrogram | ☐ | ☐ |

## X-RAY

**Head/ENT**
☐ Skull
☐ Paranasal sinuses
☐ Soft tissue neck
☐ Nasal bones
☐ Facial bones
☐ Orbits

**Chest**
☐ Chest PA & lateral
☐ Sternum
☐ Ribs ☐ R ☐ L

**Abdomen**
☐ Flat/upright
☐ KUB

**Spine**
☐ Cervical spine
 ☐ 2 views ☐ 3 views
 ☐ Obliques ☐ Flex/Ext
☐ Thoracic spine
 ☐ Routine ☐ Erect
☐ Lumbar spine
 ☐ 3 views ☐ Obliques
 ☐ Flex/Ext ☐ Erect
☐ Pelvis
☐ Sacrum/coccyx

**Specialty Exams**
☐ Skeletal survey
☐ Bone age

**Extremity**
| | R | L | BIL |
|---|---|---|---|
| ☐ Shoulder | ☐ | ☐ | ☐ |
| ☐ Humerus | ☐ | ☐ | ☐ |
| ☐ Elbow | ☐ | ☐ | ☐ |
| ☐ Radius/ulna | ☐ | ☐ | ☐ |
| ☐ Wrist | ☐ | ☐ | ☐ |
| ☐ Hand | ☐ | ☐ | ☐ |
| ☐ Fingers | ☐ | ☐ | ☐ |
| ☐ Hip | ☐ | ☐ | ☐ |
| ☐ Femur | ☐ | ☐ | ☐ |
| ☐ Knee | ☐ | ☐ | ☐ |
| ☐ Tibia/fibula | ☐ | ☐ | ☐ |
| ☐ Ankle | ☐ | ☐ | ☐ |
| ☐ Foot | ☐ | ☐ | ☐ |
| ☐ Toes | ☐ | ☐ | ☐ |
| ☐ Weightbearing | | | |

☐ OTHER STUDY:

## WOMEN'S BREAST IMAGING

**Mammography & Ultrasound**
☐ Screening; Routine; Asymptomatic
☐ Breast Ultrasound  ☐ Dense Breast
☐ 3D Breast Tomosynthesis*
☐ Diagnostic _____
 (Indicate symptoms, personal history of BCA or benign biopsy)
 (Indicate problem on diagram) ☐ BIL ☐ R ☐ L

**Right** _____ **Left**

**Breast Biopsy**
☐ Sono guided biopsy   ☐ R   ☐ L
☐ Stereotactic biopsy   ☐ R   ☐ L

**MRI Breast**
 ☐ With contrast  ☐ Without contrast
☐ MRI Breast
☐ MRI Breast implants
☐ MRI guided biopsy*

## BONE DENSITY

## ULTRASOUND GUIDED BIOPSY
☐ Thyroid

## ULTRASOUND
☐ Thyroid
☐ Soft tissue neck
☐ Hepatobiliary/RUQ
☐ Abdomen
☐ Renal/bladder
☐ Pelvis (female)
 ☐ transabd & transvag  ☐ transabd  ☐ transvag
☐ Hysterosonogram
☐ Pelvis (male)
☐ Testicular/scrotum
☐ OB (1st Trimester)
☐ OB Level II (2nd Trimester)
☐ OB biophysical profile
☐ Perform w/duplex doppler (if clinically indicated)
☐ OTHER STUDY: _____
☐ Musculoskeletal**  ☐ BIL  ☐ R  ☐ L
☐ Diagnostic body part:

## US COLOR DOPPLER/VASCULAR
☐ Carotid          ☐ Aorta
☐ Hepatic/portal vein   ☐ Renal arteries
**☐ Upper Extremity**   **☐ Lower Extremity**
| ☐ Arterial | ☐ BIL | ☐ R | ☐ L |
|---|---|---|---|
| ☐ Venous | ☐ BIL | ☐ R | ☐ L |

*Fluoroscopy coming soon to Queens!*
*Performed only at our Hewlett location
**Performed only at our Hewlett and Forest Hills locations
***Performed only at our Empire location

## FLUOROSCOPY*
☐ Esophagram
☐ Barium enema with air
☐ Upper GI with air
☐ Upper GI with air & Small Bowel Series
☐ Small bowel series
☐ Hysterosalpingogram

## NUCLEAR MEDICINE***
☐ Bone Scan       ☐ With Spect
☐ Whole Body
☐ Limited view (Area)
☐ 3 Phase Bone Joint (Area)
☐ Thyroid Pill, 24 Hour Uptake & Scan
☐ Liver Spleen Scan   ☐ With Spect
☐ Hepatobiliary Scan   ☐ With Ejection Fraction
☐ Parathyroid

## CARDIOLOGY***
☐ Nuclear Stress Test
 ☐ Treadmill Stress
 ☐ Pharmacological Stress
☐ Treadmill Stress only
☐ MUGA with Ejection Fraction



NPI # 1073764793

Greenpoint Community Health Center

875 Manhattan Ave
Brooklyn, NY 11222
Tel. (718) 630-3220
Appointment center (718) 388-5889

Appointment with Dr. _Tadeusz W. Hozsa_

On _____ at _____

WOODHULL NORTH BROOKLYN HEATH NETWORK
HOURS OF OPERATION

MONDAY              11:30 AM - 8:00 PM
TUESDAY - FRIDAY    8:30 AM - 5:00 PM
WEEKENDS & HOLIDAYS  CLOSED

760 Broadway
Brooklyn, NY
718-963-8000
Woodhull Med.

WOODHULL NORTH BROOKLYN HEALTH NETWORK

NEW PATIENT VISIT:

1. ID/PASSPORT
2. PROOF OF INCOME
3. PROOF ADDRESS
4. SS CARD
5. BIRTH CERTIFICATE
6. PARENT MUST PROVIDE AND FOR CHILD'S VISIT
7. MEDICAL INSURANCE CARDS

REVISIT:

1. ID
2. PROOF OF ADDRESS
3. MEDICAL INSURANCE CARD

For Health plan question, plea

## WOODHULL NORTH BROOKLYN HEALTH NETWORK

### NEW PATIENT VISIT:

1. ID/PASSPORT
2. PROOF OF INCOME
3. PROOF ADDRESS
4. SS CARD
5. BIRTH CERTIFICATE
6. PARENT MUST PROVIDE AN ID FOR CHILD'S VISIT
7. MEDICAL INSURANCE CARDS

### REVISIT:

1. ID
2. PROOF OF ADDRESS
3. MEDICAL INSURANCE CARD

For Health plan question, please call Financial Counselor at (718) 630-3227 or
(718) 630-3220.

---

## Greenpoint Community Health Center

875 Manhattan Ave
Brooklyn, NY 11222
Tel. (718) 630-3220
Appointment Center (718) 388-5889

Appointment with Dr. _____

On _____ at _____

**WOODHULL NORTH BROOKLYN HEALTH NETWORK**
HOURS OF OPERATION

# NYC HEALTH+ HOSPITALS

# Cumberland
## A Gotham Health Center

Ms. Katheline Pierre
421 8th ave #7942
NEW YORK,  NY 10116

4/30/2021

Dear Katheline Pierre,
Patient DOB: 2/16/1993

This is a reminder for your upcoming appointment with Muhammad Sarfraz, MD.

Date:  5/03/21
Time:  12:20 PM
Department: Cumberland Greenpoint Chc
Location: Cumberland DTC
Visit Type: New Patient

Instructions: If you cannot reach the front desk for an appointment, please call 718-388-5889

Please arrive at 875 Manhattan Avenue - 3rd Floor by 12:20 PM to check in and fill out any necessary forms.

If for any reason you are unable to keep this appointment, please contact the office at 718-630-3220 to reschedule.

Sincerely,
Patient Service Specialist for Muhammad Sarfraz, MD

NYC
HEALTH+
HOSPITALs | **Gotham Health**
Cumberland

| LOCATION | HOURS | TEL # |
|---|---|---|
| 2nd Floor Room 203 | 8:30AM - 4:30PM Late coverage as needed | 718-260-7744 |
| Behavioral Health | 9:00am - 5:00pm - Wednesdays 11am-7pm | 718-260-7885 |
| 2nd Floor Room 203 | 8:30am - 4:30pm - Tuesdays 11am-7pm | 718-260-7689 |
| 3rd Floor Finance Office | 8:00am - 4:00pm - Thursdays 11am-7pm | 718-260-7742 |
| 3rd Floor Finance Office | 9:00am - 5:00pm - Mondays 11am - 7pm | 718-260-7750 |
| On the 1st, 2nd and 3rd Saturday 8:00am - 4:00pm | | |

**NYC HEALTH+ HOSPITALS** | Gotham Health

# Financial Counselor

**Cumberland Gotham Health Center**

**100 North Portland Avenue**

**Brooklyn, NY 11205**

**Tel: 718-260-7500; press "0" and ask for the Financial Counselor**

**Hours of operation:**

Monday & Friday                    9:00am to 7:00pm

**Trains near by**

2,3,4,5, – Nevins Str.

B, D, N, Q, R,- DeKalb Avenue

**Buses near by**

B54 & B62



A Healthy Lifestyle: Care Instructions

## Your Care Instructions

A healthy lifestyle can help you feel good, stay at a healthy weight, and have plenty of energy for both work and play. A healthy lifestyle is something you can share with your whole family. A healthy lifestyle also can lower your risk for serious health problems, such as high blood pressure, heart disease, and diabetes.

You can follow a few steps listed below to improve your health and the health of your family. Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Do not eat too much sugar, fat, or fast foods. You can still have dessert and treats now and then. The goal is moderation.
- Start small to improve your eating habits. Pay attention to portion sizes, drink less juice and soda pop, and eat more fruits and vegetables.
  - Eat a healthy amount of food. A 3-ounce serving of meat, for example, is about the size of a deck of cards. Fill the rest of your plate with vegetables and whole grains.
  - Limit the amount of soda and sports drinks you have every day. Drink more water when you are thirsty.
  - Eat at least 5 servings of fruits and vegetables every day. It may seem like a lot, but it is not hard to reach this goal. A serving or helping is 1 piece of fruit, 1 cup of vegetables, or 2 cups of leafy, raw vegetables. Have an apple or some carrot sticks as an afternoon snack instead of a candy bar. Try to have fruits and/or vegetables at every meal.
- Make exercise part of your daily routine. You may want to start with simple activities, such as walking, bicycling, or slow swimming. Try to be active 30 to 60 minutes every day. You do not need to do all 30 to 60 minutes all at once. For example, you can exercise 3 times a day for 10 or 20 minutes. Moderate exercise is safe for most people, but it is always a good idea to talk to your doctor before starting an exercise program.
- Keep moving. Mow the lawn, work in the garden, or clean your house. Take the stairs instead of the elevator at work.
- If you smoke, quit. People who smoke have an increased risk for heart attack, stroke, cancer, and other lung illnesses. Quitting is hard, but there are ways to boost your chance of quitting tobacco for good.
  - Use nicotine gum, patches, or lozenges.
  - Ask your doctor about stop-smoking programs and medicines.
  - Keep trying.

In addition to reducing your risk of diseases in the future, you will notice some benefits soon after you stop using tobacco. If you have shortness of breath or asthma symptoms, they will likely get better within a few weeks after you quit.

- Limit how much alcohol you drink. Moderate amounts of alcohol (up to 2 drinks a day for men, 1 drink a day for women) are okay. But drinking too much can lead to liver problems, high blood pressure, and other health problems.

## Family health

If you have a family, there are many things you can do together to improve your health.

- Eat meals together as a family as often as possible.
- Eat healthy foods. This includes fruits, vegetables, lean meats and dairy, and whole grains.
- Include your family in your fitness plan. Most people think of activities such as jogging or tennis as the way to fitness, but there are many ways you and your family can be more active. Anything that makes you breathe hard and gets your heart pumping is exercise.

Here are some tips:

- Walk to do errands or to take your child to school or the bus.
- Go for a family bike ride after dinner instead of watching TV.

## Where can you learn more?

Go to http://www.healthwise.net/ed

Enter **U807** in the search box to learn more about **"A Healthy Lifestyle: Care Instructions"**.

© 2006-2016 Healthwise, Incorporated.

Care instructions adapted under license by CityMD. This care instruction is for use with your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.



# Summary of Today's Visit
## Pierre , Katheline   DOB:02/16/1993
### Account No 3747166
### Sex:Female
### Race:American Indian or Alaska Native
### Ethnicity:Hispanic or Latino
### Preferred Language:English
### 04/30/2021 visit with Evan Poncher, MD

## Medication List

- Start Naprosyn(Naproxen) : 500 MG 1-2 tablets Orally 2 times a day,10 days ,20 tablets ,Refills: 0 , stop date: 05/10/2021

Notes: A Healthy Lifestyle: Care Instructions material was printed

## Preventive Medicine

## Concussion and HEAD INJURY (adult)

Your Care Instructions
: A concussion is a kind of injury to the brain. It happens when the head receives a hard blow. The impact can jar or shake the brain against the skull. This interrupts the brain"s normal activities. Although you may have cuts or bruises on your head or face, you may have no other visible signs of a brain injury. In most cases, damage to the brain from a concussion can"t be seen in tests such as a CT or MRI scan.

For a few weeks, you may have low energy, dizziness, trouble sleeping, a headache, ringing in your ears, or nausea. You may also feel anxious, grumpy, or depressed. You may have problems with memory and concentration. These symptoms are common after a concussion. They should slowly improve over time. Sometimes this takes weeks or even months. Someone who lives with you should know how to care for you. Please share this and all information with a caregiver who will be available to help if needed.

Follow-up care is a key part of your treatment and safety. Be sure to make and go to all appointments, and call your doctor if you are having problems. It"s also a good idea to know your test results and keep a list of the medicines you take.

How can you care for yourself at home?
Pain control
Put ice or a cold pack on the part of your head that hurts for 10 to 20 minutes at a time. Put a thin cloth between the ice and your skin.
Be safe with medicines. Read and follow all instructions on the label.
If the doctor gave you a prescription medicine for pain, take it as prescribed.
If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine.
Recovery
Follow your doctor"s instructions. He or she will tell you if you need someone to watch you closely for the next 24 hours or longer.
Rest is the best way to recover from a concussion. You need to rest your body and your brain:
Get plenty of sleep at night. And take rest breaks during the day.
Avoid activities that take a lot of physical or mental work. This includes housework, exercise, schoolwork, video games, text messaging, and using the computer.
You may need to change your school or work schedule while you recover.

Summary of Today's Visit for - Pierre , Katheline   DOB:02/16/1993 Account No: 3747166
**CityMD Greenpoint   795 MANHATTAN AVE   BROOKLYN, NY 11222-2710   718-489-3549**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*
*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

Return to your normal activities slowly. Do not try to do too much at once.
Do not drink alcohol or use illegal drugs. Alcohol and illegal drugs can slow your recovery. And they can increase your risk of a second brain injury.
Avoid activities that could lead to another concussion. Follow your doctor''s instructions for a gradual return to activity and sports.
Ask your doctor when it''s okay for you to drive a car, ride a bike, or operate machinery.
How should you return to activity?
Your return to sports or activity should be gradual. It should only begin when all symptoms of a concussion are gone, both while at rest and during exercise or exertion.

Doctors and concussion specialists suggest steps to follow for returning to sports after a concussion. Use these steps as a guide. In most places, your doctor must give you written permission for your child to begin the steps and return to sports. You should slowly progress through the following levels of activity:

1.No activity. This means complete physical and mental rest.
2.Light aerobic activity. This can include walking, swimming, or other exercise at less than 70% of maximum heart rate. No resistance training is included in this step.
3.Sport-specific exercise. This includes running drills or skating drills (depending on the sport), but no head impact.
4.Noncontact training drills. This includes more complex training drills such as passing. The athlete may also begin light resistance training.
5.Full-contact practice. The athlete can participate in normal training.
6.Return to normal game play. This is the final step and allows the athlete to join in normal game play.
Watch and keep track of your progress. It should take at least 6 days for you to go from light activity to normal game play.

Make sure that you can stay at each new level of activity for at least 24 hours without symptoms, or as long as your doctor says, before doing more. If one or more symptoms come back, return to a lower level of activity for at least 24 hours. Don''t move on until all symptoms are gone.

When should you call for help?
Call 911 anytime you think you may need emergency care. For example, call if:

You have a seizure.
You passed out (lost consciousness).
You are confused or can''t stay awake.
Call your doctor now or seek immediate medical care if:

You have new or worse vomiting.
You feel less alert.
You have new weakness or numbness in any part of your body.
Watch closely for changes in your health, and be sure to contact your doctor if:

You do not get better as expected.
You have new symptoms, such as headaches, trouble concentrating, or changes in mood.

## Smoking Status

- Patient is a NON smoker

Summary of Today's Visit for - Pierre , Katheline   DOB:02/16/1993  Account No: 3747166
**CityMD Greenpoint   795 MANHATTAN AVE   BROOKLYN, NY 11222-2710   718-489-3549**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*
*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

1/12/2021

https://ezpromedbill.com/(S(oyzfscmx4l5y0txi02zmrp6lj))/Reports/PatientRegistrationForm?r=637460537225980501

1/1

# EZ PROCESSING, LLC

## PATIENT REGISTRATION FORM

### Patient Enrollment

Injury/Accident Date: 10/20/2020

First Name: KATHELINE                                  Last Name: PIERRE

DOB: 02/16/1993                                        Sex:

SSN: 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                                       Marital Status: Other

Address: 421 8 TH AVE

City: NEW YORK                    State: NY

Home Phone: (347)762-5736         Work Phone:          Zip Code: 10116

### Insurance Information

Insurance: MVAIC                                                        WCB#:

Career Case/Policy#: N/A

Group/Claim#: 641552

Address: 100 WILLIAM ST, 14TH FL

City: NEW YORK                    State: NY           Zip Code: 10038

### Primary Insured
Completed only if different than patient

First Name:                                           Last Name:

Sex:

Address:

City:                             State:              Zip Code:

### Insured

Relationship to Patient: Others

### Lawyer Information

Name: BRODERICK, BRANDON

Address:

City:                             State:              Zip Code:

Phone: (201)882-7872              Fax:

**NRS** | NEIGHBORHOOD
RADIOLOGY
SERVICES, PC

Astoria
21-47 Crescent Street, Ste 107, Astoria, NY 11102  P: 718 777 0300 • F: 718 777 0920
Forest Hills - Metropolitan Avenue • 92-37 Metropolitan Avenue, Forest Hills, NY 11375
Forest Hills - Queens Boulevard • 113-02 Queens Boulevard, Forest Hills, NY 11375
Sunnyside - Queens Boulevard • 47-16 Greenpoint Avenue, Sunnyside, NY 11104
Hewlett • 227 Franklin Avenue, Hewlett, NY 11557
Elmont • 545 Elmont Road, Elmont, NY 11003

1-800-220-2220 • www.neighborhoodrad.com

THEODORE XENOS, DC
25-15 CRESCENT ST
ASTORIA NY 11102

RE:PIERRE, KATHELINE                    DOS:11/06/2020
MRN:AST129111
DOB:02/16/1993
X-RAY THORACIC SPINE

CLINICAL HISTORY: Pain post trauma 2 weeks ago.

COMPARISON: None

TECHNIQUE: 2 views Thoracic spine

There is a mild scoliotic curvature.   There is no evidence of acute fracture, subluxation, or
dislocation.  No significant degenerative osteoarthritic changes are identified.

Impression:
Scoliosis otherwise unremarkable exam.

Thank you for the courtesy of this referral.

                                    Sincerely,


                    Dictated by: JOSEPH RACANELLI M.D.
                    Electronically approved by: JOSEPH RACANELLI M.D.
JR:/PI
Transcription Date/Time: 11/10/2020 12:26 PM

CC:

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

 Gmail

katheline pierre <kathelinepierre@gmail.com>

---

## FDIC Final Response - 01419993
1 message

**FDIC NoReply** <shr_fdicsfnoreply@fdic.gov>
Reply-To: shr_fdicsfnoreply@fdic.gov
To: "kathelinepierre@gmail.com" <kathelinepierre@gmail.com>

Sun, Jul 31, 2022 at 4:12 PM

**FDIC**

July 31, 2022
Ref. No. 01419993

Katheline Pierre
35 Linden Blvd
BROOKLYN, NY 11226

Re: MVB Bank, Inc

Dear Katheline Pierre:

Thank you for your correspondence, which was received by the FDIC's Consumer Response Unit on July 6, 2022. We have completed our review of your concerns involving MVB Bank, Inc. (Bank) regarding your SeedFi/Credit Builder account. You indicated you were having issues with a Bank employee regarding your account. You also indicated you contacted customer service to find out what was happening and a supervisor fixed the problem. However, you allege the Bank's employee cancelled your payment, unlinked your credit card, and stole from your equity account. As a resolution, you want a resolution to the matter.

We reviewed your correspondence, the Bank's response, and the applicable federal consumer protection laws enforced by the FDIC. The FDIC is the primary federal banking regulator for this Bank.

At the FDIC's request, the Bank provided you with a response dated July 27, 2022. A copy of that response was also sent to the FDIC, along with any supporting documents necessary to complete an independent review into the matter.

We seek to assist you by facilitating communication, by reviewing a bank's compliance with applicable laws and by providing you with information on your rights under federal consumer protection laws.

In order to protect potentially sensitive consumer, account, and examination-related information, we do not share specific details of our review. Complaint investigations are generally covered under Part 309 (Disclosure of Information) of the FDIC Rules and Regulations, which prohibits the disclosure of examination-related information outside the FDIC, including bank-provided supporting documents.

Please know reviews of correspondence such as yours are a vital component of the FDIC's bank supervisory process, and we take great care into thoroughly reviewing concerns regarding the products and services offered by FDIC-supervised banks. In addition to individually reviewing complaints for regulatory compliance, this office shares correspondence with FDIC examination staff for review prior to our next regularly scheduled examination of the Bank. This helps the FDIC tailor its examinations to focus on areas of concern, as well as assists us in providing feedback to banks on practices and policies.

If you have any questions about this matter, please don't hesitate to contact the FDIC's Consumer Response Unit at 877-ASK-FDIC (877-275-3342), and press option 2. You can also review the FDIC's Consumer News for additional information and resources about common banking questions and topics at https://www.fdic.gov/resources/consumers/consumer-news/index.html.

Thank you for taking the time to share your concerns with the FDIC. If you are registered user of the FDIC's Information and Support Center portal, a copy of this response has also been made available to you through your portal account.

Sincerely,
Consumer Response Unit
National Center for Consumer and Depositor Assistance

cc: MVB Bank, Inc



Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

**Start a new complaint**

---

# Your complaints

| COMPLAINT ID | PRIMARY CONSUMER | PRODUCT AND ISSUE | CONSUMER-IDENTIFIED COMPANY | SUBMITTED ▼ | STATUS |
|---|---|---|---|---|---|
| 220824-9282824 | Katheline Pierre | General-purpose credit card or charge card<br>Trouble using your card | Mcburberod Financial, Inc. d/b/a SeedFi | 08/24/2022 | Closed Company responded |
| 220824-9282757 | Katheline Pierre | General-purpose credit card or charge card<br>Getting a credit card | TD AMERITRADE, INC. | 08/24/2022 | Closed Contact another agency |
| 220223-8175548 | Katheline Pierre | Private student loan<br>Dealing with your lender or servicer | FEDLOAN SERVICING | 02/22/2022 | Closed Feedback provided |
| 180220-2874879 | Katheline Pierre | Checking account<br>Managing an account | CHASE BANK | 02/21/2018 | Closed Feedback provided |
| 180216-2865748 | Katheline Pierre | Other banking product or service<br>Managing an account | CITIBANK | 02/16/2018 | Closed Feedback provided |

‹ | Previous                                      Next | ›

Page [ 1 ] of 1  Go

Learn more about credit cards or prepaid cards



**Answers to common questions for your situation**

- When I went to use my credit card the store told me the charge was not    authorized.    What does that mean? What can I do? (https://www.consumerfinance.gov/ask-cfpb/when-i-went-to-use-my-credit-card-the-store-told-me-the-charge-was-not-147authorized148-what-does-that-mean-what-can-i-do-en-32/)

- When I tried to use my credit card to get cash from an ATM, I could not do so even though I know I have not used all my credit. What can I do? (https://www.consumerfinance.gov/ask-cfpb/when-i-tried-to-use-my-credit-card-to-get-cash-from-an-atm-i-could-not-do-so-even-though-i-know-i-have-not-used-all-my-credit-what-can-i-do-en-34/)

- I received a notice from my card issuer telling me that they were closing my account and that I cannot use my credit card any more. Can they do that? (https://www.consumerfinance.gov/ask-cfpb/i-received-a-notice-from-my-card-issuer-telling-me-that-they-were-closing-my-account-and-that-i-cannot-use-my-credit-card-any-more-can-they-do-that-en-83/)



**Additional tools and resources**

- Credit Cards (https://www.consumerfinance.gov/consumer-tools/credit-cards/)

- Coronavirus (https://www.consumerfinance.gov/coronavirus/)

- How to find the best credit card (https://files.consumerfinance.gov/f/documents/cfpb_adult-fin-ed_how-to-find-the-best-credit-card.pdf)

Other consumer tools

Money topics

Auto Loans (https://www.consumerfinance.gov/consumer-tools/auto-loans/)

Bank Accounts & Services (https://www.consumerfinance.gov/consumer-tools/bank-accounts/)

Credit Cards (https://www.consumerfinance.gov/ask-cfpb/category-credit-cards/)

Credit Reports & Scores (https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores/)

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

Fraud & Scams (https://www.consumerfinance.gov/consumer-tools/fraud/)

Money Transfers (https://www.consumerfinance.gov/sending-money/)

Mortgages (https://www.consumerfinance.gov/consumer-tools/mortgages/)

Payday Loans (https://www.consumerfinance.gov/ask-cfpb/category-payday-loans/)

Prepaid Cards (https://www.consumerfinance.gov/consumer-tools/prepaid-cards/)

Student Loans (https://www.consumerfinance.gov/consumer-tools/student-loans/)

Guides

Buying a House (https://www.consumerfinance.gov/owning-a-home/)

Getting an Auto Loan (https://www.consumerfinance.gov/consumer-tools/getting-an-auto-loan/)

Managing Someone Else's Money (https://www.consumerfinance.gov/consumer-tools/managing-someone-elses-money/)

Money as You Grow (https://www.consumerfinance.gov/consumer-tools/money-as-you-grow/)

Navigating the Military Financial Lifestyle (https://www.consumerfinance.gov/consumer-tools/military-financial-lifecycle/)

Paying for College (https://www.consumerfinance.gov/paying-for-college/)

Planning for Retirement (https://www.consumerfinance.gov/consumer-tools/retirement/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

# AUDIT REPORT



CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
BUREAU OF MANAGEMENT AUDIT
**WILLIAM C. THOMPSON, JR., COMPTROLLER**

## Audit Report on the Queens Quality of Life Unit of The Department of Buildings

*MG09-087A*

**July 14, 2009**



THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
1 CENTRE STREET
NEW YORK, N.Y.  10007-2341
————————
WILLIAM C. THOMPSON, JR.
COMPTROLLER

**To the Citizens of the City of New York**

Ladies and Gentlemen:

In accordance with the Comptroller's responsibilities contained in Chapter 5, § 93, of the New York City Charter, my office has audited the Department of Buildings (DOB) to determine the adequacy of its Queens Quality of Life Unit's response to complaints.

The DOB is responsible for the safe and lawful use of more than 950,000 buildings and properties throughout the five boroughs by enforcing the City's Building Code, Electrical Code, Zoning Resolution, and other laws applicable to the construction and alteration of buildings. Audits such as this provide a means of ensuring that agencies are adequately addressing quality of life issues.

The results of our audit, which are presented in this report, have been discussed with DOB officials, and their comments were considered in the preparation of this report.  Their complete written response is attached to this report.

I trust that this report contains information that is of interest to you.  If you have any questions concerning this report, please e-mail my audit bureau at audit@comptroller.nyc.gov or telephone my office at 212-669-3747.


Very truly yours,


William C. Thompson, Jr.
WCT/ec


**Report:    MG09-087A**
**Filed:       July 14, 2009**

## *Table of Contents*

**AUDIT REPORT IN BRIEF** ................................................................................................ 1

Audit Findings and Conclusions ................................................................................ 1

Recommendations .................................................................................................... 2

Agency Response .................................................................................................... 2

**INTRODUCTION** ........................................................................................................... 3

Background ............................................................................................................. 3

Objective ................................................................................................................. 4

Scope and Methodology .......................................................................................... 4

Discussion of Audit Results ..................................................................................... 6

**FINDINGS AND RECOMMENDATIONS** ..................................................................... 7

Unit Procedures Not Effective in Ensuring That Inspection Attempts are Successful .............. 7

Recommendations ............................................................................................. 12

DOB Does Not Generally Use Access  Warrants For Inspectors To Gain Access ................. 15

Recommendations ............................................................................................. 15

The Unit Does Not Monitor Vacated Properties ........................................................ 16

Recommendations ............................................................................................. 18

The Unit's Supervisors Do Not Consistently Perform Supervisory Inspections .................... 20

Recommendations ............................................................................................. 21

**ADDENDUM**      DOB Response

*The City of New York*
*Office of the Comptroller*
*Bureau of Management Audit*

# Audit Report on the
# Queens Quality of Life Unit of the
# Department of Buildings

## MG09-087A

## AUDIT REPORT IN BRIEF

The audit determined the adequacy of the Department of Buildings (DOB) Queens Quality of Life Unit (the Unit) response to quality of life complaints – which refer exclusively to illegal conversions. DOB is responsible for the safe and lawful use of more than 975,000 buildings and properties throughout the five boroughs by enforcing the City's Building Code, Electrical Code, Zoning Resolution, and other laws applicable to the construction and alteration of buildings. DOB's main activities include performing examinations of building plans, issuing construction permits, inspecting properties, and the licensing of construction trades. It also issues Certificates of Occupancy and Place of Assembly permits.

In March 1997, DOB created the Unit to oversee the increasing problem of illegal building conversions in Queens. An illegal conversion is an alteration or modification of an existing building to create an additional housing unit without first obtaining approval from DOB.

### **Audit Findings and Conclusions**

The Unit's response to quality of life complaints is inadequate. The Unit's inspectors were not able to gain access to almost 40 percent of the properties for which the Unit received complaints in Fiscal Year 2008. In fact, inspectors were unable to gain access to properties in approximately two-thirds of the field inspection attempts conducted during the year.[1] (The cost to the City of these nonproductive attempts was almost $150,000 for the Unit's inspectors alone.)

In addition, DOB requested access warrants for less than one percent of the properties to which inspectors could not gain access. For those properties in which inspectors were able to gain access, violations were issued to owners of 2,232 of them. During the year, DOB issued

---

[1] There can be more than one inspection per complaint.

vacate orders for 655 properties. However, DOB did not follow up with them to ensure that the properties remained vacated until the order was lifted.

Our audit did find that the Unit generally responded to quality of life complaints in a timely manner, closed complaints for adequate reasons, attempted to perform second inspections when required, and followed standard procedures when rescinding vacate orders. However, these positive aspects were mitigated by the fact that the inspection attempts were not successful and by the other deficiencies cited above.

## Recommendations

To address these issues, we make 14, including that the Unit should:

- Work with DOB's legal staff to obtain authority to impose incremental fines on property owners who deny access and/or do not respond to the LS-4 forms

- Implement periodic inspection attempts on weekends and/or off-hours for properties that show clear evidence of an illegal conversion (i.e., more than one mailbox, door bell, or water or electric meter for a one-family home) and to which access has been refused various times

- Make a greater attempt to pursue access warrants for properties to which inspectors are unable to gain access

- Ensure there is a clear understanding of and adherence to department procedures regarding the performance of inspections conducted on vacated properties.


DOB should:

- Ensure that the Queens Borough Commissioner's office follows up with Unit officials to ensure that properties with vacate orders are periodically inspected and are not illegally reoccupied.

## Agency Response

In its written response, DOB generally agreed with 12 of the 14 audit recommendations.